

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of A.L.S., a child,

\* From the 118th District Court
of Howard County,
Trial Court No. 51810.

No. 11-18-00090-CV

\* September 13, 2018

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, J.,
Gray, C.J., sitting by assignment,
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.